IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| **OPIO LAWTON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,**<br><br>     *Plaintiffs*,<br><br>v.<br><br>**OSADO WATER TRANSFER COMPANY, LLC, 7.62, LLC, MIDLAND HEATING GROUP, LLC, and AUSTEN S. CAMPBELL, Individually,**<br><br>     *Defendants*. | **Civil Action No. 7:15-cv-0189-DC** |

## NOTICE OF SETTLEMENT

The Parties hereby file this Notice of Settlement and respectfully show the Court as follows:

1. The Parties have reached a settlement in the above-referenced case and are in the process of finalizing the settlement, including preparation of the settlement agreement and dismissal documents.

2. The Parties anticipate that the settlement process, including preparation of settlement and dismissal documents, should be completed within the next 30 days, and request the Court to Stay all pending deadlines and proceedings during this time.

Respectfully Submitted,

| | |
|---|---|
| /s/ J. Derek Braziel | **Lynch, Chappell & Alsup** |
| **J. Derek Braziel** | A Professional Corporation |
| Texas Bar No. 00793380 | 300 N. Marienfeld, Suite 700 |
| **Lee & Braziel, L.L.P.** | Midland, Texas 79701 |
| 1801 N. Lamar St. Suite 325 | (432) 683-3351 |
| Dallas, Texas 75202 | (432) 683-2587 (Fax) |
| (214) 749-1400 phone | |
| (214) 749-1010 fax | /s/ *Lisa K. Hooper* |
| www.overtimelayer.com | Lisa K. Hooper |
| | Texas Bar No. 240447282 |
| **Jack Siegel** | Lhooper@lcalawfirm.com |
| Texas Bar No. 24070621 | |
| **Siegel Law Group PLLC** | **ATTORNEY FOR DEFENDANTS** |
| 2820 McKinnon, Suite 5009 | |
| Dallas, Texas 75201 | |
| P: 214.790.4454 | |
| Jack@siegellawgroup.biz | |

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a copy of the foregoing on May 4, 2018, and that the Court's Electronic Filing System will provide notice of this filing to counsel of record for all parties.

/s/J. Derek Braziel
**J. DEREK BRAZIEL**