IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| OPIO LAWTON,<br>On Behalf of Himself and All Others<br>Similarly Situated,<br><br>V.<br><br>OSADO WATER TRANSFER<br>COMPANY, LLC, ET AL. | §<br>§<br>§<br>§<br>§   NO.  MO:15-CV-189 DC<br>§<br>§<br>§ |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Joint Motion to Dismiss With Prejudice (Doc. 51) filed December 20, 2018.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 21st day of December, 2018.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE